THE STATE EX REL. SQUIRIC, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; LTV STEEL COMPANY, INC., APPELLANT.

[Cite as *State ex rel. Squiric v. Indus. Comm.* (1998), 82 Ohio St.3d 382.]

(No. 95–2354—Submitted May 26, 1998—Decided July 22, 1998.)

*Elliott, Heller, Maas, Moro & Magill Co., L.P.A., Rush E. Elliott* and *Richard L. Magill,* for appellee.

*Manchester, Bennett, Powers & Ullman, L.P.A.,* and *Joseph R. Young, Jr.,* for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.